| | |
|---|---|
| 1 | Michele R. Stafford, Esq. (SBN 172509) |
|   | Blake E. Williams, Esq. (SBN 233158) |
| 2 | SALTZMAN & JOHNSON LAW CORPORATION |
|   | 44 Montgomery Street, Suite 2110 |
| 3 | San Francisco, CA 94104 |
|   | (415) 882-7900 |
| 4 | (415) 882-9287 – Facsimile |
|   | mstafford@sjlawcorp.com |
| 5 | bwilliams@sjlawcorp.com |
| 6 | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al. | Case No.: C12-5260 MMC   **ORDER RE:** |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL; and** |
| v. | **REQUEST TO VACATE CASE MANAGEMENT CONFERENCE** |
| CANYON CREEK SERVICES, INC., a California corporation, | ~~Date:~~        ~~January 11, 2013~~ |
|  | Time:        10:30 a.m. |
| Defendant. | Location:    7, 19th Floor |
|  |                   450 Golden Gate Avenue |
|  |                   San Francisco, California |
|  | Judge: The Honorable Maxine M. Chesney |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs NORTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION PLAN, et al., voluntarily dismiss, without prejudice, their claim against Defendant CANYON CREEK SERVICES, INC., a California corporation.  Defendant has neither served an Answer nor moved for Summary Judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

/ / /

/ / /

/ / /

/ / /

-2-

In addition, Plaintiffs also respectfully request that the Case Management Conference currently on calendar for January 11, 2013 at 10:30 a.m. be vacated.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 4th day of January, 2013, at San Francisco, California.

                       SALTZMAN & JOHNSON
                       LAW CORPORATION

                       By: _____/s/_____
                           Blake E. Williams
                           Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and all Court hearings and deadlines are hereby vacated.

Date: January 7, 2013         _____
                                    UNITED STATES DISTRICT COURT